■ GENTRY T. BEACH et al., Appellants, v TOURADJI CAPITAL MANAGEMENT, LP, et al., Respondents. [7 NYS3d 895]—Order, Supreme Court, New York County (Melvin L. Schweitzer, J.),

entered March 3, 2014, which granted defendants' motion for summary judgment dismissing plaintiffs' second cause of action alleging violations of article 6 of the Labor Law, unanimously affirmed, without costs.

The fact that the Labor Law claim was previously reinstated by this Court after having been dismissed by Supreme Court on a pre-answer motion to dismiss (85 AD3d 674 [1st Dept 2011]), does not preclude our review of it on this motion for summary judgment (*Moses v Savedoff*, 96 AD3d 466, 468 [1st Dept 2012] ["the law of the case doctrine does not apply when a motion to dismiss is followed by a summary judgment motion"]).

Dismissal of the Labor Law claim was warranted since plaintiffs' unpaid extra compensation does not constitute "wages" under Labor Law § 190 (1). Such compensation depended on factors other than their personal productivity, including the efforts of defendant Paul Touradji and a team of analysts (*see Truelove v Northeast Capital & Advisory*, 95 NY2d 220 [2000]; *Guiry v Goldman, Sachs & Co.*, 31 AD3d 70, 73 [1st Dept 2006]). Concur—Friedman, J.P., Saxe, Richter and Manzanet-Daniels, JJ.